UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KEITH WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>Respondent. | Case No. EDCV 20-1945-JAK (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a <u>de novo</u> review of those portions of the original Report and Recommendation of the United States Magistrate Judge to which Petitioner has objected. The Court accepts the final findings and recommendation of the Magistrate Judge set forth in the Final Report and Recommendation.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered (1) GRANTING Respondent's Motion to Dismiss; (2) DENYING Williams' request for a stay pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005); and (2) DISMISSING this action without prejudice.

Dated: February 8, 2021

_____
JOHN A. KRONSTADT
United States District Judge