JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KEITH WILLIAMS,<br>          Petitioner,<br>     v.<br>PATRICK COVELLO, Warden,<br>          Respondent. | Case No. EDCV 20-1945-JAK (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: February 8, 2021

JOHN A. KRONSTADT
United States District Judge